```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
NAMEL NORRIS,                                                  :
                                                               :
                              Plaintiff,                       :
              -against-                                        :
                                                               :
                                                               :   25-CV-09090 (VEC)
684 PIZZA, INC., a New York corporation,                       :
d/b/a WEST SIDE PIE, and ENTERPRISE 51                         :   ORDER
PARKING LLC, a New York limited liability                      :
company,                                                       :
                                                               :
                              Defendants.                      :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/12/2025

VALERIE CAPRONI, United States District Judge:

WHEREAS on November 3, 2025, Plaintiff sued 684 Pizza, Inc., d/b/a West Side Pie, and Enterprise 51 Parking, LLC, alleging that Plaintiff was "denied full and equal access to, and full and equal enjoyment of, the facilities at Defendants' property," in violation of the Americans with Disability Act, the New York State Human Rights Law, the New York City Human Rights Law, and the New York City Administrative Code, Dkt. 1;

WHEREAS the Court ordered Plaintiff to amend the Complaint or show cause why the case should not be dismissed for failing to adequately allege standing, Dkt. 7;

WHEREAS on November 7, 2025, Plaintiff filed an Amended Complaint, Dkts. 8-9;

WHEREAS the Amended Complaint does not include any information regarding when Plaintiff was allegedly denied access to Defendants' property, such as the approximate date or any circumstances (beyond that it was "prior to the filing of this lawsuit," Dkt. 8 at 5);

WHEREAS in *Calcano v. Swarovski et al.*, 36 F.4th 68, 71 (2d Cir. 2022), the Second Circuit held that "Plaintiffs' conclusory, boilerplate allegations" that they were injured by Defendants' failure to accommodate visually impaired plaintiffs "fail to establish standing";

WHEREAS the allegations in the Amended Complaint in this action likely fail adequately to allege standing, as they are at least as conclusory as the allegations in the Complaint and complaints at issue in *Calcano*.

IT IS HEREBY ORDERED that **by no later than Friday, November 21, 2025,** Plaintiff must file a motion, including a memorandum of law and any supporting exhibits or declarations, for leave to file an amended complaint that adequately alleges standing or show cause as to why the case should not be dismissed for lack of standing.

**SO ORDERED.**

Date:   November 12, 2025
        New York, New York

_____
VALERIE CAPRONI
United States District Judge