UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

NAMEL NORRIS,                                    :
                                                 :
                              Plaintiff,         :
               -against-                         :
                                                 :
GOTHAM ELITE, INC., a New York corporation,      :
d/b/a WEST SIDE PIE, and ENTERPRISE 51           :
PARKING LLC, a New York limited liability        :
company,                                         :
                                                 :
                              Defendants.        :
----------------------------------------------------------------X

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED: 5/1/2026 |

25-CV-09090 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on May 1, 2026, the parties appeared for a conference before the Court.

IT IS HEREBY ORDERED that Defendants' dispositive motion is due **no later than June 12, 2026**; Plaintiff's response is due **no later than July 10, 2026**; and Defendants' reply is due **no later than July 24, 2026**.  Discovery is stayed pending briefing.  Defendants are nonetheless encouraged to provide information to Plaintiff regarding the closure of the restaurant at the premises and the current use of the premises, insofar as they are or are not a public accommodation.

**SO ORDERED.**

**Date:  May 1, 2026**
**New York, New York**

_____
**HON. VALERIE CAPRONI**
**UNITED STATES DISTRICT JUDGE**

1